AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| DESIGNS FOR HEALTH, INC. <br><br> *Plaintiff(s)* <br> v. <br> FRUITFUL LONGEVITY, INC d/b/a HEALTH POWERHOUSE, YEP TOTAL NUTRITION, INC., ERICA L. PAQUETTE, and YERANDY "ANDY" E. PALENZUELA <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:17-cv-23898-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FRUITFUL LONGEVITY, INC d/b/a HEALTH POWERHOUSE
c/o Erica Paquette, Registered Agent
9049 SW 170 Place
Miami, FL 33196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert H. Thornburg
ALLEN, DYER, DOPPELT + GILCHRIST, P.A.
1221 Brickell Avenue, Suite 2400
Miami, FL 33131
(305) 374-8303
rthornburg@allendyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/25/2017



Steven M. Larimore
Clerk of Court

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DESIGNS FOR HEALTH, INC.<br><br>*Plaintiff(s)*<br><br>v.<br><br>FRUITFUL LONGEVITY, INC d/b/a HEALTH POWERHOUSE, YEP TOTAL NUTRITION, INC., ERICA L. PAQUETTE, and YERANDY "ANDY" E. PALENZUELA<br><br>*Defendant(s)* | Civil Action No. 1:17-cv-23898-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  YEP TOTAL NUTRITION, INC.
c/o Yerandy Palenzuela, Registered Agent
900 South Miami Ave, Ste 124
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert H. Thornburg
ALLEN, DYER, DOPPELT + GILCHRIST, P.A.
1221 Brickell Avenue, Suite 2400
Miami, FL 33131
(305) 374-8303
rthornburg@allendyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/25/2017

*CLERK OF COURT*



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DESIGNS FOR HEALTH, INC.<br><br>*Plaintiff(s)*<br>v.<br>FRUITFUL LONGEVITY, INC d/b/a HEALTH POWERHOUSE, YEP TOTAL NUTRITION, INC., ERICA L. PAQUETTE, and YERANDY "ANDY" E. PALENZUELA<br>*Defendant(s)* | Civil Action No. 1:17-cv-23898-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ERICA L. PAQUETTE
9049 SW 170 Place
Miami, FL 33196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert H. Thornburg
ALLEN, DYER, DOPPELT + GILCHRIST, P.A.
1221 Brickell Avenue, Suite 2400
Miami, FL 33131
(305) 374-8303
rthornburg@allendyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/25/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DESIGNS FOR HEALTH, INC.<br><br>*Plaintiff(s)*<br><br>v.<br><br>FRUITFUL LONGEVITY, INC d/b/a HEALTH POWERHOUSE, YEP TOTAL NUTRITION, INC., ERICA L. PAQUETTE, and YERANDY "ANDY" E. PALENZUELA<br><br>*Defendant(s)* | Civil Action No. 1:17-cv-23898-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YERANDY "ANDY" E. PALENZUELA
900 South Miami Ave, Ste 124
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert H. Thornburg
ALLEN, DYER, DOPPELT + GILCHRIST, P.A.
1221 Brickell Avenue, Suite 2400
Miami, FL 33131
(305) 374-8303
rthornburg@allendyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/25/2017



Steven M. Larimore
Clerk of Court

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

**SUMMONS**